In the Matter of MAC TRUONG, a Disbarred Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted March 27, 2006; decided April 4, 2006

Motion for reconsideration of this Court's February 16, 2006 dismissal order denied [see 6 NY3d 799]. Motion, insofar as it seeks leave to appeal from the Appellate Division order of

disbarment, dismissed as untimely (CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying the motion to vacate, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.